

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-16-00798-CR

Sarah **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5767
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is Granted. The appellant's brief is due on March 31, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court